# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-1078**  September Term, 2022

FCC-BR-20120410ABU

**Filed On:** August 10, 2023

In re: Gerald Parks, licensee of Full Power AM Broadcast Station WEKC, Williamsburg, KY, Facility ID No. 72790,

      Petitioner

**BEFORE:**  Henderson, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for writ of mandamus, the opposition thereto, and the reply, it is

**ORDERED** that the petition be denied. Petitioner has not shown a "clear and indisputable" right to mandamus relief. See Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988). Specifically, petitioner has not shown that 47 U.S.C. § 307(c)(3) clearly and indisputably requires the Federal Communications Commission to continue in effect his license despite his failure to timely file a renewal application in 2020.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**