# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1078**                                    **September Term, 2023**

**FCC-BR-20120410ABU**

**Filed On:** October 24, 2023

In re: Gerald Parks, licensee of Full Power AM Broadcast Station WEKC, Williamsburg, KY, Facility ID No. 72790,

      Petitioner

**BEFORE:** Henderson, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

BY:      /s/
           Daniel J. Reidy
           Deputy Clerk