# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1078**                        **September Term, 2023**

**FCC-BR-20120410ABU**

**Filed On:** October 24, 2023

In re: Gerald Parks, licensee of Full Power
AM Broadcast Station WEKC, Williamsburg,
KY, Facility ID No. 72790,

       Petitioner

**BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

## Per Curiam

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                 BY:     /s/
                           Daniel J. Reidy
                           Deputy Clerk